UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERTO CARRIEDO-ROSAS,

                Petitioner,

     v.

NATHALIE ASHER, et al.,

                Respondents.

CASE NO. C14-1731-MJP-MAT

ORDER OF DISMISSAL

      The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

      1.    The Court adopts the Report and Recommendation;

      2.    Respondents' motion to dismiss (Dkt. 9) is GRANTED;

      3.    Petitioner's habeas petition (Dkt. 1) is DENIED as moot;

      4.    Petitioner's request for attorney's fees (Dkt. 10) is DENIED without prejudice;

      5.    This action is DISMISSED without prejudice; and

/ / /

/ / /

/ / /

ORDER OF DISMISSAL
PAGE - 1

6. The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 11th day of March, 2015.

*Marsha J. Pechman*
Marsha J. Pechman
Chief United States District Judge

ORDER OF DISMISSAL
PAGE - 2